ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
STEPHEN J. ODDO (174828)
soddo@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN SOLAK, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PETER A. LEAV, MARTHA H. BEJAR, GARY J. DAICHENDT, ROBERT J. FRANKENBERG, JOHN A. KELLEY, JR., D. SCOTT MERCER, BETSY S. ATKINS, MITEL NETWORKS CORPORATION, and METEOR TWO, INC., <br><br> Defendants. | Case No. 5:16-cv-03128-LHK <br><br> CLASS ACTION <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEUDRE <br><br><br> Judge: Honorable Lucy H. Koh <br> Courtroom: 8 <br> Date Action Filed: June 8, 2016 |

1  TO:   All PARTIES AND THEIR ATTORNEYS OF RECORD:

2  WHEREAS, on June 8, 2016, plaintiff John Solak ("Plaintiff"), on behalf of himself and all
3  others similarly situated, filed his Complaint for Violations of the Federal Securities Laws and
4  Breach of Fiduciary Duties (the "Complaint") challenging the acquisition of Polycom, Inc. by Mitel
5  Networks Corporation and its affiliates (the "Action") (Document 1);

6  WHEREAS, no defendant in this Action has answered the Complaint or filed a motion for
7  summary judgment;

8  WHEREAS, a class has not been certified in this Action; and

9  WHEREAS, neither Plaintiff nor Plaintiff's counsel has received or will receive any
10 compensation for this dismissal.

11 NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of
12 the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses the Action without prejudice.

13 Dated:  July 20, 2016                    ROBBINS ARROYO LLP
                                            BRIAN J. ROBBINS
14                                          STEPHEN J. ODDO

15
                                                /S/ Stephen J. Oddo
16                                              STEPHEN J. ODDO

17                                          600 B Street, Suite 1900
                                            San Diego, CA 92101
18                                          Telephone: (619) 525-3990
                                            Facsimile: 619) 525-3991
19                                          brobbins@robbinsarroyo.com
                                            soddo@robbinsarroyo.com
20

21                                          Attorneys for Plaintiff

22

23

24

25

26

27  1113279

28

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
Case No. 5:16-cv-03128-LHK

- 2 -

**CERTICATE OF SERVICE**

  I hereby certify that on July 20, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the registered participants as identified on the Notice of Electronic Filing.

                 /S/ Stephen J. Oddo
                 STEPHEN J. ODDO